The Law Offices of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
o.hedberg@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEOPLE OF THE STATE OF CALIFORNIA

V.

MARK LEUNG

Case Number:  12-CR-430 JAM

**DEFENDANT MARK LEUNG'S WAIVER OF PERSONAL APPEARANCE**

       Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, MARK LEUNG, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present; and

further agrees to be present in court ready for trial any day and hour the Court may fix in his

absence.

The defendant further acknowledges that he has been informed of his rights under Title

18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to set times and

dates under that Act without his personal presence. The original signed copy of this waiver is

being preserved by the attorney undersigned.

Dated: December 25, 2012

/s/Mark Leung
Mark Leung
*Original Retained by Atty.*

I agree and consent to my client's waiver of appearance.

Dated: December 25,  2012                                   /s/Olaf W. Hedberg
Olaf W. Hedberg
Attorney for Mark Leung

IT IS SO ORDERED

Dated: 12/27/2012

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge