1  Alan Roy Baum, CA SBN 42160
   The Criminal Defense Group
2  4181 Sunswept Drive, Suite 100
   Studio City, CA 91604
3  Telephone: (818)487-7400
   Facsimile: (818)487-7414
4
   Attorney for Defendant
5  MARK E. LEUNG

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,  )   Case No.: 2:12-CR-00430-JAM
                              )
11         Plaintiff,          )
                              )   ORDER
12    vs.                      )
                              )
13 MARK E. LEUNG,              )
                              )
14         Defendant.          )
                              )
15 _____)

16     Upon the Stipulation of the parties, and good cause appearing therefore, IT IS HEREBY

17 ORDERED that the sentencing of this matter, presently set for August 12, 2014, be continued to

18 October 14, 2014 at 9:30 a.m.

19
   Dated: 7/24/2014
20
                              /s/ John A. Mendez_____
21                            Hon. John A. Mendez
                              United States District Court Judge
22

-1-
[PROPOSED] ORDER